United States District Court
Southern District of Texas
FILED

MAY 19 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
*versus* § Civil Action  B-03-090
§
Domingo Zarate Capetillo §

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST. art. III, Section 2, and 28 U.S.C. § 1345.

2. *Venue.* Defendant resides in Cameron County, Texas, and may be served at 1212 E Harrison Ave, Harlingen, TX 78550.

3. *The Debts.* The defendant owes two debts to the United States:

Debt 1:

| | | |
|---|---|---|
| a. | Principal as of April 17, 1999: | $1,900.00 |
| b. | Interest as of April 17, 1999: | $3,209.10 |
| c. | Administrative fees, costs, penalties | $63.39 |
| d. | Balance due as of April 17, 1999 | $5,172.49 |
| e. | Prejudgment interest accrues at 10.00% per annum from April 17, 1999, being $0.52 per day | |
| f. | Current balance is after credits of $0.00 | |

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

Debt 2:

| | | |
|---|---|---|
| a. | Principal as of April 17, 1999: | $625.00 |
| b. | Interest as of April 17, 1999: | $1,207.98 |
| c. | Administrative fees, costs, penalties | $23.61 |

1

  d. Balance due as of April 17, 1999  $1,856.59

  e. Prejudgment interest accrues at 10.00% per annum from April 17, 1999, being $0.17 per day

  f. Current balance is after credits of $0.00

The certificate of indebtedness, attached as Exhibit B, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest balance shown were correct.

  4. *Attorney's fees.* The United States seeks attorney's fees of $2,300.00.

  5. *Failure to Pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it. All conditions precedent have been performed or have occurred.

  6. *Prayer.* The United States prays for judgment for:

   A. The sums in paragraph 3 plus prejudgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B. Attorney's fees; and

   C. Other relief the court deems proper.

       Respectfully submitted
       BENNETT, WESTON & LaJONE, P.C.

       By: _____
       J. Michael Weston
       Texas Bar No. 21232100
       SD Tex. No. 21538
       Attorney in Charge
       Charles I. Appler
       Texas Bar No. 00788995
       SD Tex. No. 23055
       1750 Valley View Lane, Suite 120
       Dallas, Texas 75234
       Telephone: (214) 691-1776
       FAX: (214) 373-6810
       Attorneys for the United States of America

**YOUR ANSWER OR OTHER RESPONSIVE PLEADING MUST BE FILED WITH THE UNITED STATES DISTRICT CLERK.**

**THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRE THAT YOU SEND US A COPY OF EVERY DOCUMENT YOU FILE WITH THE COURT.**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Domingo Zarate Capetillo
Aka: Domingo Z. Capetillo
405 W Alice St 3
Harlingen, TX 78550
SSN: 331-38- 2223

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 04-17-99.

On or about 08-16-72, 06-12-73, 06-12-73, 07-24-73, 07-24-73, 09-05-73 & 09-05-73, the debtor executed promissory note(s) to secure loan(s) of $1,000.00, $32.00, $168.00, $164.00, $36.00, $84.00 & $416.00 from California State University at 10.00 percent interest per annum. The institution made the loan(s) under the Federally-funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa *et seq.* (34 C.F.R Part 674). The institution demanded payment according to the terms of the notes and the debtor defaulted on the obligation on 10-02-74. Due to this default, the institution assigned all rights and title to the Department of Education.

After the institution credited all cancellations due and payments received, the debtor owed the school $1,900.00 principal and interest in the amount of $1,218.87. This principal and interest together with any unpaid late charges totaled $3,118.87. The loan was assigned to the Department on 10-21-88.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $ 1,900.00 |
| Interest: | $ 3,209.10 |
| Fees/Costs: | $ 63.39 |
| Late Charges: | $ 0.00 |
| Total Debt as of 04-17-99 : | $ 5,172.49 |

Interest accrues on the principal shown here at the rate of $.52 per day.

Pursuant to 28 USC S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on : 4/21/99         Name: [signature]
                              Title: LOAN ANALYST
                              Branch: LITIGATION BRANCH

EXHIBIT A

B3-2/ED-DIV LITGN/COINDSL.DOC

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

## CERTIFICATE OF INDEBTEDNESS

Domingo Zarate Capetillo
Aka: Domingo Z. Capetillo
405 W Alice St 3
Harlingen, TX 78550
SSN: 331-38- 2223

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated below plus additional interest from 04-17-99.

On or about 10-14-71, 02-01-72 & 02-01-72, the debtor executed promissory note(s) to secure loan(s) of $500.00, $84.00 & $416.00 from Fresno State College at 10.00 percent interest per annum. The institution made the loan(s) under the Federally-funded National Direct Student Loan, now Perkins Student Loan, programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087 aa *et seq.* (34 C.F.R Part 674). The institution demanded payment according to the terms of the notes and the debtor defaulted on the obligation on 10-02-74. Due to this default, the institution assigned all rights and title to the Department of Education.

After the institution credited all cancellations due and payments received, the debtor owed the school $625.00 principal and interest in the amount of $553.30. This principal and interest together with any unpaid late charges totaled $1,178.30. The loan was assigned to the Department on 10-21-88.

Since assignment of the loan, the Department has received a total of $0.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the debtor owes the United States the following:

| | |
|---|---|
| Principal: | $ 625.00 |
| Interest: | $ 1,207.98 |
| Fees/Costs: | $ 23.61 |
| Late Charges: | $ 0.00 |
| Total Debt as of 04-17-99 : | $ 1,856.59 |

Interest accrues on the principal shown here at the rate of $.17 per day.

Pursuant to 28 USC S 1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Executed on : 4/21/99          Name: [signature]
                                Title: LOAN ANALYST
                                Branch: LITIGATION BRANCH

EXHIBIT B

B3-2/ED-DIV LITGN/COINDSL.DOC