United States District Court
Southern District of Texas
FILED

JUL 2 8 2003

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-03-090 |
| | § | |
| Domingo Zarate Capetillo | § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for August 4, 2003.

1. The United States has not yet obtained service on the defendant.

2. The United States is in the process of obtaining personal service. The private process server believes they have now found a serviceable address.

The United States requests that the pretrial conference be reset until an answer has been filed or other responsive pleadings.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this 24th day of July, 2003 in accordance with the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-03-090 |
| | § | |
| Domingo Zarate Capetillo | § | |

ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for August 4, 2003 at 2:00 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading.

Signed this ____ day of _____, 2003, at Brownsville, Texas.

_____
United States District Judge