United States District Court
Southern District of Texas
ENTERED

AUG 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-03-090
§
Domingo Zarate Capetillo §

## ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for August 4, 2003 at 2:00 p.m. is continued until a time to be established by the Court after the defendant files an answer or other responsive pleading.

Signed this ___ day of August, 2003, at Brownsville, Texas.

_____
United States District Judge