6

Domingo Zarate Capetillo

CA B-03-90

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? | Date 7-24-2003 AT 2:34 PM |
| NAME OF SERVER (PRINT) ED H. FINK | Title PROCESS SERVER |

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served. 913 E. HARRISON, HARLINGEN, TEXAS 78550

[ ] Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

[ ] Returned unexecuted: _____

[ ] Other (specify) : _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on  7/24/03
           Date

Signature of Server

204 W. FERGUSON #108, PHARR, TX 78577
Address of Server


DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2006


SUBSCRIBED AND SWORN TO ME
ON THE 25 of July 20 03

NOTARY PUBLIC

# United States District Court
## Southern District of Texas

**SUMMONS IN A CIVIL CASE**

United States of America

v.

CASE NUMBER: B-03-090

Domingo Zarate Capetillo

United States District Court
Southern District of Texas
FILED

JUL 3X 2003

Michael N. Milby, Clerk

TO: (Name and Address of Defendant)

**Domingo Zarate Capetillo
1212 E Harrison Ave
Harlingen, TX 78550**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**J. Michael Weston
BENNETT, WESTON & LaJONE, P.C.
1750 Valley View Lane., Suite 120
Dallas, TX 75234**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

Clerk

5-19-03

Date

BY DEPUTY CLERK