*United States District Court*
*Southern District of Texas*
**ENTERED**

**SEP 1 2 2003**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

*United States District Court*
*Southern District of Texas*
**FILED**

**SEP 1 0 2003**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *versus* | § § | Civil Action B-03-090 |
| Domingo Zarate Capetillo | § | |

## ENTRY OF DEFAULT

Having considered plaintiff's Motion for Entry of Default, pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Domingo Zarate Capetillo in that the defendant has not filed an answer or other responsive pleading in this cause.

Signed this _10th_ day of ___September___, 2003, at ___Brownsville___, Texas.

_____
United States Magistrate Judge