CAUSE NO. B-03-090

United States District Court
Southern District of Texas
FILED

OCT 0 3 2003

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| VS. | § | CIVIL ACTION: B-03-090 |
| DOMINGO ZARATE CAPETILLO | § | |

### SUGGESTION OF BANKRUPTCY

NOW COMES, DOMINGO CAPETILLO, Respondent in the above styled and numbered proceeding, by and through his attorney of record, Eduardo V. Rodriguez, and suggests to the Court that there is an immediate necessity for the staying of the above styled and numbered cause of action against the Respondent DOMINGO CAPETILLO, because of the pendency of a bankruptcy proceeding under Title 11, Chapter 13 of the United States Bankruptcy Code now pending in the United States Bankruptcy Court for the Southern District of Texas, Brownsville Division, case number pending which was commenced on September 29, 2003.

Respondent is the Debtor, and in such proceedings an automatic stay under 11 U.S.C. § 362 is in operation, the effect of which, among other things, restrains and enjoins the State and all creditors from commencing or continuing any judicial proceeding against the Debtor, the property, or property interests of the Debtor that arose before the commencement of the bankruptcy proceeding.

WHEREFORE, PREMISES CONSIDERED, the Respondent above named suggests there exists a necessity for the observance of the Stay Order under Section 362 of the United States Bankruptcy Code (11 U.S.C. § 362) thereby staying these proceedings against Respondent DOMINGO CAPETILLO, in its entirety until such time as the proceedings above-mentioned have been terminated and for such other and further relief which the Respondent Debtor may show himself justly entitled.

THIS DOCUMENT IS FILED FOR NOTICE PURPOSES ONLY. NOTHING CONTAINED HEREIN SHALL BE CONSTRUED AS ENTRY OF APPEARANCE BY THE UNDERSIGNED ATTORNEY ON BEHALF OF DEFENDANT(S) IN THIS PROCEEDING. THE UNDERSIGNED ATTORNEY REPRESENTS DEFENDANT(S) IN THE BANKRUPTCY PROCEEDING REFERENCED HEREIN ONLY.

Respectfully Submitted,

EDUARDO V. RODRIGUEZ, P.C.
1265 N. Expressway 83
Brownsville, Texas 78520
Tel. 956-547-9678
Fax. 956-547-9660

By: _____
Eduardo V. Rodriguez
State Bar No. 00795621
Fed I.D. No. 19945
Attorney for Defendant(s)/Debtor(s)

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was sent via regular first class mail to all the parties listed below on this 1st day of October, 2003.

Bennett, Weston & LaJone, P.C.
Attn: J. Michael Weston
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

_____
Eduardo V. Rodriguez

K:\D20\20727\suggofbk.2.wpd

United States Bankruptcy Court
Southern District of Texas

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/29/2003 at 3:12 PM and filed on 09/29/2003.

**Domingo Capetillo**
P.O. Box 2651
Harlingen, TX 78551
SSN: 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



The case was filed by the debtor's attorney:

**Eduardo V Rodriguez**
Attorney at Law
1265 N Expressway 83
Brownsville, TX 78521
956-547-9638

The bankruptcy trustee is:

**Cindy Boudloche**
Chapter 13 Trustee
555 N Carancahua
Ste 600
Corpus Christi, TX 78478

361-883-5786

The case was assigned case number 03-11269 to Judge Richard S. Schmidt.

The filing of a bankruptcy case automatically stays certain actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.txs.uscourts.gov/ or at the Clerk's Office 515 Rusk Avenue, Houston, TX 77002.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Michael N. Milby**
**Clerk, U.S.**
**Bankruptcy Court**

(Official Form 1) (9/01)

| FORM B1 | UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>BROWNSVILLE DIVISION | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First Middle):<br>**CAPETILLO, DOMINGO** | Name of Joint Debtor (Spouse) (if individual, enter Last, First Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Social Security/Tax Identification No. (if more than one, state all):<br>**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** | Social Security/Tax Identification No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, State and Zip Code):<br>**1318 E. CROCKETT**<br>**HARLINGEN, TEXAS 78551** | Street Address of Joint Debtor (No. and Street, City, State and Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**CAMERON** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 2651**<br>**HARLINGEN, TEXAS 78551** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual(s) | ☐ Railroad | ☐ Chapter 7    ☐ Chapter 11    ☑ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Section 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☑ Consumer/Non-Business    ☐ Business | ☑ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3. |
| ☐ Debtor is a small business as defined by 11 U.S.C. Sec. 101. | |
| ☐ Debtor is & elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses are paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☑ | 50-99 ☐ | 100-199 ☐ | 200-999 ☐ | 1000-Over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Assets** | $0 to $50,000 ☑ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | 1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| **Estimated Debts** | $0 to $50,000 ☑ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☐ | 1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2003 (Build 6.0.0.299, ID 1206361455)