UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 15 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-090 |
| DOMINGO ZARATE CAPETILLO | § | |

## ORDER

On October 3, 2003, the Defendant, in the above-captioned cause of action, filed a Suggestion of Bankruptcy.

The above cause of action against Domingo Zarate Capetillo is hereby STAYED and all pending motions are hereby abated until further notice.

DONE at Brownsville, Texas, this 15th day of October 2003.

Felix Recio
United States Magistrate Judge