IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 17 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, §<br>Plaintiff §<br>§<br>v. §<br>§<br>DOMINGO ZARATE CAPETILLO, §<br>§<br>Defendant. § | C.A. No. B-03-90 |

### ORDER

BE IT REMEMBERED that on June 17, 2005, the Court **ORDERED** the parties to submit a status report no later than June 30, 2005. This case was stayed in October, 2003 after a suggestion of bankruptcy was filed with the Court.

DONE this 17th day of June, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge