UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Civil Action B-03-090 |
| | § | |
| Domingo Zarate Capetillo | § | |

UNITED STATES' STATUS REPORT

Pursuant to the Court's Order of June 17, 2005, the United States submits this Status Report as follows:

1.  The following information is pulled from the Docket Sheet for the bankruptcy cause *In re Domingo Zarate Capetillo*, Case No. 03-11269, United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

2.  Capetillo filed Chapter 13 bankruptcy on September 29, 2003.

3.  Capetillo's Chapter 13 plan was approved on April 8, 2004.

4.  There are pending in the bankruptcy case the Trustee's Motion to Dismiss and the Debtor's Motion to Modify Plan. Hearing on both motions is set for July 7, 2005, at 9:05 a.m.

5.  The United States remains stayed from taking any action.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.


By:   /s/ J. Michael Weston
      J. Michael Weston
      Texas Bar No. 21232100
      SD Tex. No. 21538
      Attorney in Charge
      Matthew L. Weston
      Texas Bar No. 24037698
      SD Tex. No. 33501
      1750 Valley View Lane, Suite 120
      Dallas, Texas  75234
      Telephone: (214) 691-1776
      FAX:   (214) 373-6810

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct of the foregoing was served upon all counsel of record, on this 21st day of June, 2005

/s/ J. Michael Weston