IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 6 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | C.A. No. B-03-90 |
| | § | |
| DOMINGO ZARATE CAPETILLO, | § | |
| | § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on December 15, 2005, the Court **ORDERED** the parties to submit a status report no later than January 20, 2006. This case was stayed in October, 2003 after a suggestion of bankruptcy was filed with the Court.

DONE this 15 day of December, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge