UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § § | Civil Action B-03-090 |
| Domingo Zarate Capetillo | § | |

STATUS REPORT OF THE UNITED STATES

Pursuant to the Court's Order, the United States submits this Status Report as follows:

1. The following information is pulled from the Docket Sheet for the bankruptcy cause *In re Domingo Zarate Capetillo*, Case No. 03-11269, United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

2. Capetillo filed Chapter 13 bankruptcy on September 29, 2003.

3. Capetillo's Chapter 13 plan was approved on April 8, 2004, and modified on August 11, 2005.

4. The undersigned is in the process of referring this case to another attorney retained by the United States to handle this case.

5. The United States remains stayed from taking any action.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: ___/s/ J. Michael Weston
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct of the foregoing was served upon all counsel and/or parties of record, private parties are served by certified mail, return receipt requested, and regular mail on this 1st day of March, 2006

___/s/ J. Michael Weston_____