IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff | § § § § | |
| v. | § | C.A. No. B-03-90 |
| DOMINGO ZARATE CAPETILLO, | § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on August 16, 2006, the Court **ORDERED** the parties to submit a status report no later than September 6, 2006. This case was stayed in October, 2003 after a suggestion of bankruptcy was filed with the Court.

DONE this 16 day of August, 2006, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge