UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| vs. | § § | C.A. No.: B-003-090 |
| DOMINGO ZARATE CAPETILLO | § § § § | |
| Defendant. | | |

## EMERGENCY MOTION TO SUBSTITUTE COUNSEL

TO THE UNITED STATES DISTRICT JUDGE:

M. H. Cersonsky asks this court to allow him to substitute in as attorney in charge for the United States of America in place of Michael Westin from the firm of Bennett, Weston & LaJone, P.C.

### A. Introduction

1.  This is a student loan case.

2.  On October 20, 2005, the United States Department of Justice transferred over 2,400 files from the law firm of Bennett, Weston & LaJone P.C. to the firm of Alonso, Cersonsky & García, P.C. including United States of America v. Domingo Zarate Capetillo.

### B. Facts and Arguments

3.  It appears that since over 2,400 files have been sent to United States counsel, which files are being reviewed to determine what action is required, United States requests that M. H. Cersonsky be substituted in as attorney in charge for J. Michael Weston.

C. <u>Conclusion</u>

4.  For the above reason, United States of America asks this court to grant the motion to substitute counsel on an emergency basis on a submission basis.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

_____
By: M. H. Cersonsky
Texas Bar I.D. No.: 04048500
By: Jim L. García
Texas Bar I.D. No.: 07636700
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Telecopier: (713) 840-0038

Requested Counsel for
the United States of America

<u>Certificate of Service</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel and/or parties of record by certified mail, return receipt requested on this 21st day of August, 2006.

_____
M. H. Cersonsky

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| vs. | § | C.A. No.: B-003-090 |
| DOMINGO ZARATE CAPETILLO | § § § | |
| Defendant. | § § | |

ORDER

After considering M. H. Cersonsky's motion to substitute as counsel for the United States of America on an emergency basis, the Court:

GRANTS the motion to substitute and ORDERS that M. H. Cersonsky be substituted as counsel for the United States of America.

SIGNED on _____, 2006.

_____
United States District Judge