# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 1 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | C.A. No.: B-003-090 |
| DOMINGO ZARATE CAPETILLO | § § | |
| Defendant. | § § | |

## ORDER

After considering M. H. Cersonsky's motion to substitute as counsel for the United States of America on an emergency basis, the Court:

GRANTS the motion to substitute and ORDERS that M. H. Cersonsky be substituted as counsel for the United States of America.

SIGNED on ____August 29____, 2006.

_____
United States District Judge