United States District Court
Southern District of Texas
ENTERED

MAR 3 0 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-090 |
| | § | |
| DOMINGO ZARATE CAPETILLO | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on March 30 , 2007, the Court **ORDERED** the parties to submit a status report to the Court by no later than April 20, 2007. This case was stayed in October 2003 after a suggestion of bankruptcy was filed with the Court. Dkt. No. 11.

DONE at Brownsville, Texas, this 30 day of March, 2007.

Hilda G. Tagle
United States District Judge