## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C.A. No.: B-003-090 |
| § | |
| DOMINGO ZARATE CAPETILLO § | |
| § | |
| Defendant. § | |

## STATUS REPORT OF THE UNITED STATES

Pursuant to the Court's Order, the United States submits this Status Report as follows:

1. The following information is pulled from the docket sheet for the Bankruptcy cause in *In re Domingo Zarate Capetillo*, Case No.03-11269, United States Bankruptcy Court, Southern District of Texas, Brownsville Division.

2. Capetillo filed Chapter 13 bankruptcy on September 29, 2003.

3. Capetillo's Chapter 13 plan was approved on April 8, 2004, and modified on August 11, 2005.

4. The United States remains stayed from taking any action.

Respectfully submitted,

ALONSO, CERSONSKY & GARCIA, P.C.

By: _____
M. H. Cersonsky
Texas Bar No: 04048500
Attorney in Charge
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Telecopier: (713) 840-0038
Attorneys for the United States
of America

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel and /or parties of record by certified mail, return receipt requested on this ___3rd___ day of April, 2007.

_____
M. H. Cersonsky