IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>PLAINTIFF, | * | |
| V. | * | CIVIL ACTION NO B-03-090 |
| DOMINGO ZARATE CAPETILLO<br>DEFENDANT | * | |

United States District Court
Southern District of Texas
FILED

APR 10 2007

Michael N. Milby
Clerk of Court

DEBTOR'S REPORT

COMES NOW, Domingo Zarate Capetillo, debtor/defendant, and pursuant to this Court's Order of March 30, 2007 submits this Status Report as follows:

1. Debtor filed for bankruptcy relief under chapter 13, Title 11 of the United States Bankruptcy Code on September 29, 2003.

2. The debtor's plan was confirmed on April 8, 2004.

3. The debtor's plan was modified on August 4, 2005.

4. There are no current pending matters before the U.S. Bankruptcy Court.

5. Debtor contends that the automatic stay pursuant to 11 U.S.C. §362 is still in effect.

MALAISE LAW FIRM

BY: /s/ Eduardo V. Rodriguez
Eduardo V. Rodriguez
Texas Bar No. 00795621
Admissions 19945
1265 N. Expressway 83
Brownsville, TX 78521
Phone:   (956) 547-9638
Facsimile: (956) 547-9630

K:\D20\20633\Status Report US Dist Court 4-9-2007.wpd

COUNSEL FOR DEBTOR/DEFENDANT

Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following, on this 10 day fo April, 2007.

Butch Cersonsky
5065 Westheimer Road Suite 600
Houston, Texas 77056
Counsel United States of America

J. Michael Weston
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Counsel for United States of America

/s/ Eduardo V. Rodriguez
Eduardo V. Rodriguez

K:\D20\20633\Status Report US Dist Court 4-9-2007.wpd