IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-03-090 |
| DOMINGO ZARATE CAPETILLO | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

AUG - 1 2008

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

BE IT REMEMBERED that on ~~July~~ August 1, 2008, the Court **ORDERED** the parties to submit a status report to the Court by no later than **August 15, 2008**. This case was stayed in October 2003 after a suggestion of bankruptcy was filed with the Court. Dkt. No. 11.

DONE at Brownsville, Texas, on ~~July~~ August 1, 2008.

Hilda G. Tagle
United States District Judge